UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HOWARD COHAN,**

        **Plaintiff,**

**v.**                                  **Case No.  6:23-cv-598-CEM-RMN**

**FLORIDA SUCCESS 6425, LLC,**

        **Defendant.**

_____/

## ORDER

      THIS CAUSE is before the Court on the Notice of Settlement (Doc. 14), which advises the Court that the above-styled action has been settled.

      Accordingly, it is **ORDERED** and **ADJUDGED** that this cause is **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, upon good cause, to move the Court to re-open the case in accordance with Local Rule 3.09(b). The Clerk is directed to close this case.

      **DONE** and **ORDERED** in Orlando, Florida on June 6, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record